UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Mellinger Kartzman LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey  07950
By:  Steven P. Kartzman, Esq.
Proposed Attorneys for Chapter 7 Trustee
Benjamin A. Stanziale, Jr.,

In Re:

HONEYWARE, INCORPORATED

Case No.:  22-11091-SLM

Judge:    Stacey L. Meisel

Chapter:  7

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Benjamin A. Stanziale, Jr., Trustee  is the (check all that apply):

    ☒  Trustee:        ☒  Chap. 7        ☐  Chap. 11        ☐  Chap. 13.

    ☐  Debtor:         ☐  Chap. 11       ☐  Chap. 13

    ☐  Official Committee of _____

2. The applicant seeks to retain the following professional Mellinger Kartzman LLC to      serve as (check all that apply):

    x   Attorney for:        x   Trustee        ☐  Debtor-in-Possession

    ☐  Official Committee of _____

    ☐  Accountant for:    ☐  Trustee        ☐  Debtor-in-possession

    ☐  Official Committee of _____

☐ Other Professional:

    ☐ Realtor      ☐ Appraiser      Special Counsel

    ☐ Auctioneer      Other (specify): _____

3. The employment of the professional is necessary because:
   of the legal issues which are anticipated to be encountered in the administration of this estate.

4. The professional has been selected because:  Mellinger Kartzman  LLC has been selected because it is highly experienced in bankruptcy law and related areas of law such as commercial litigation and transactional matters and is thoroughly competent to act as attorneys for the trustee in the administration of this estate.  In particular, Mellinger Kartzman LLC has developed expertise in the representation of Chapter 7 and Chapter 11 Trustees.

5. The professional services to be rendered are as follows:  (a) identification and analysis of potentially avoidable transfers; (b) litigation of avoidable transfer claims; (c) analysis of lien perfection issues; and such other projects or assignments as might be required by the Trustee in carrying out his duties and administering this estate.

6. The proposed arrangement for compensation is as follows: Mellinger Kartzman LLC shall bill the estate at its usual rates as set forth in the Certification of Steven P. Kartzman, Esq.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☐ None

   x   Describe connection:  Mellinger Kartzman, LLC has represented applicant in his capacity as Chapter 7 trustee in matters wholly unrelated to this case.   The applicant represented Steven P. Kartzman in his capacity as Chapter 7 trustee in matters wholly unrelated to this case.  The Applicant's law firm and the law firm of Mellinger Kartzman LLC have represented parties adverse to each other in matters wholly unrelated to this case.

8. To the best of the applicant's knowledge, the professional (check all that apply):

    x    does not hold an adverse interest to the estate.

    x    does not represent an adverse interest to the estate.

    x    is a disinterested person under 11 U.S.C. § 101(14).

    x    does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

    ☐    Other; explain: _____

_____

_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____

_____

_____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 02/22/2022                                                                _____
                                                                                                     Signature of Applicant

*rev.8/1/15*